UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CERTAIN INTERESTED UNDERWRITERS
AT LLOYD'S LONDON SUBSCRIBING
TO CERTIFICATE OF INSURANCE
NO. 9214,

    Plaintiff,

v.                         CASE NO. 8:09-CV-1081-T-17TGW

MICHAEL and EDITH HALIKOYTAKIS
d/b/a HALI PLAZA, CAMILLA BERNHARDT,
BRIAN BERNHARDT, and POINT
BUILDERS, INC.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 53 Motion to Review Bill of Costs
Dkt. 54 Motion to Review Bill of Costs
Dkt. 64 Report and Recommendation

The above Motions were referred to the assigned Magistrate Judge, who has issued a Report and Recommendation recommending that the Court determine that the Bernhardt Defendants have no obligation to reimburse Plaintiff for the costs taxed by the Clerk, and that the Court deny the Motion for Review by the Halikoytakis Defendants because the Motion for Review was untimely.

The Halikoytakis Defendants have filed Objections to the Report and

Case No. 8:09-CV-1081-T-17TGW

Recommendation, and Plaintiff Certain Interested Underwriters at Lloyd's London Subscribing to Certificate of Insurance No. 9214 ("Underwriters") has filed a response to the Objections.

Plaintiffs obtained a declaratory judgment against Defendants Michael and Edith Halikoytakis (Dkt. 44). Costs were taxed by the Clerk on 5/2/2011 against all Defendants (Dkt. 50). The Bernhardt Defendants filed a Motion for Review on 5/5/2011. The Halikoytakis Defendants filed a Motion for Review on 5/13/2011.

The Court has independently reviewed the pleadings, and considered the Objections.

I. Bernhardt Defendants

The Court notes that no relief was entered as to the Bernhardt Defendants, who were named as Defendants in this insurance coverage dispute only because they were indispensable parties. No objection was filed as to the Report and Recommendation as to the Bernhardt Defendants.

After consideration, the Court adopts the Report and Recommendation as to the Motion for Review of the Bernhardt Defendants.

II. Halikoytakis Defendants

Fed. R. Civ. P. (d)(1) provides that "The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action."

The Halikoytakis Defendants did not seek leave of court to file the Motion out of time, and did not seek leave to file a reply when Plaintiff raised the issue of timeliness.

2

Case No. 8:09-CV-1081-T-17TGW

Now Defendants' counsel explains that the untimely filing was due to a calendaring error, which is not a legally cognizable excuse. Defendants argue that the Court may exercise its discretion to rule on an untimely motion where the deadline is not jurisdictional. Defendants further argue that Plaintiff has not claimed prejudice from the delay, and Defendants' Motion appears to have some merit. Defendants object to the Report and Recommendation to the extent that it recommends that the Motion for Review be denied for untimeliness, without reaching the merits.

In response, Plaintiff argues that the Halikoytakis Defendants have not shown good cause why the Motion for Review as untimely, and why the Court should exercise its discretion to consider the substance of the Motion for Review. Plaintiff requests that the Court uphold the Magistrate's Report and Recommendation.

Because Defendants have not shown good cause justifying the untimely filing of the Motion for Review, the Court overrules Defendants' objections and adopts the Report and Recommendation as to the Motion for Review of the Halikoytakis Defendants. Accordingly, it is

**ORDERED** the Report and Recommendation (Dkt. 64) is **adopted** and incorporated by reference. The Motion for Review of the Bernhardt Defendants (Dkt. 53) is **granted** and the Bernhardt Defendants have no obligation to Plaintiff to pay any costs that were taxed against them. The Motion for Review of the Halikoytakis Defendants is **denied** because the Motion is untimely, and no good cause has been shown for the late filing.

Case No. 8:09-CV-1081-T-17TGW

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 8th day of November, 2011.

*[signature]*
ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record