UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CERTAIN INTERESTED UNDERWRITERS
AT LLOYD'S, LONDON SUBSCRIBING TO
CERTIFICATE OF INSURANCE NO. 9214,

                Plaintiffs,

v.                                   CASE NO. 8:09-CV-1081-T-17TGW

MICHAEL AND EDITH HALIKOYTAKIS
d/b/a HALI PLAZA, et al.,

                Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 93        Report and Recommendation
Dkt. 94        Objection
Dkt. 95        Response

The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that Plaintiff Certain Underwriters at Lloyd's, London, etc., be awarded $84,864.02 to reimburse Plaintiff for defenses fees and costs in the Underlying Litigation, which Plaintiff defended pursuant to a reservation of rights.

Defendants Michael and Edith Halikoytakis object to the Report and Recommendation because the Recommendation is made without regard to whether $84,864.02 was reasonably expended under the circumstances. Defendants agree that this amount was actually paid to Butler Pappas.

Case No. 8:09-CV-1081-T-17TGW

I. Standard of Review

The Court reviews de novo the portions of a Report and Recommendation, or specified proposed findings or recommendations, to which objections are asserted. See 28 U.S.C. Sec. 636(1)(c). The Court reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11thCxir. 1994). After a careful and complete review of the findings and recommendations, the Court may accept, reject, or modify the Report and Recommendation of the Magistrate Judge.

II. Discussion

Defendants have previously raised the same argument. The Recommendation was made on the basis of the contract formed when Plaintiff offered to provide a defense, subject to a Reservation of Rights, with the Defendants making Plaintiff whole for the cost of the defense in the Underlying Litigation, which was determined not to be within the coverage of the insurance policy. As the assigned Magistrate Judge states, Hali Plaza could have rejected the offer of defense and retained its own counsel, thereby avoiding exposure to reimbursement. Hali Plaza chose not to respond to the Reservation of Rights letter of February 3, 2009 offering representation, and accepted the terms of that defense, which included no express limitation to "reasonable" attorney's fees and costs. On February 5, 2009, Hali Plaza signed the "Statement of Insured Client Rights" and acknowledged its rights regarding defense counsel. "A party cannot accept tendered performance while unilaterally altering the material terms on which it is offered." See Colony Ins. Co. v. G & E Tires & Services, Inc., 777 So.2d 1034, 1039 (Fla. 1st DCA 2000).

Although Plaintiff's recovery is not determined under the lodestar approach, the assigned Magistrate Judge implicitly concluded that the hourly rates and amount of time

Case No. 8:09-CV-1081-T-17TGW

expended were reasonable: "The hourly rates charged by Butler Pappas were remarkably low. And there was nothing about the numbers of hours that was exorbitant." The assigned Magistrate Judge further points out that the insured would arguably have a defense of unconscionability to enforcement of the contractual agreement, but Hali Plaza did not assert any such contract defense.

After consideration, the Court **overrules** Defendants' Objection, and adopts and incorporates the Report and Recommendation by reference. Accordingly, it is

**ORDERED** that Defendants' Objection (Dkt. 94) is **overruled**, and the Report and Recommendation (Dkt. 93) is **adopted and incorporated**. The Court awards reimbursement of attorney's fees and costs in the amount of $84,864.02 in favor of Plaintiff Certain Underwriters of Lloyd's, London Subscribing to Certificate of Insurance No. 9214 and against Defendants Michael Halikoytakis and Edith Halikoytakis d/b/a Hali Plaza. The Clerk of Court shall enter a final judgment.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 6th day of May, 2013.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record